MICHAEL B. BIGELOW
Attorney at Law  - SBN 65211
428 J Street, Suite 358
Sacramento, California 95814
Telephone: (916) 443-0217

Attorney for Defendant
Antelmo Ontiveras

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. Cr.S-02-418 GEB |
| | ) | |
| Plaintiff | ) | |
| | ) | **STIPULATION AND PROPOSED** |
| v. | ) | **ORDER EXTENDING BRIEFING DATE** |
| | ) | |
| ANTELMO ONTEVERAS | ) | |
| | ) | |
| Defendant | ) | |

### INTRODUCTION

Pursuant to the Ninth Circuit's limited remand of this case pursuant to *United States v. Ameline*, 409 F.3d 1073 (9th Cir. 2005) this Court has directed defendant's briefing be filed by July 19, 2006. Undersigned counsel has been unavailable due to a long planned family vacation and the continuing conditional examination of a critically ill witness in the matter of the People v Jim Karis, a capital homicide. For those reasons the requested brief has not yet been completed. Accordingly, a brief extension of time of six days, up to and including July 25, 2006, within which to complete and file said briefing is being requested.

1

PDF created with pdfFactory trial version www.pdffactory.com

On July 19, 2006, undersigned counsel spoke with AUSA Carolyn Delaney and she graciously stated that she has no objection to my request.

Accordingly, it is so stipulated

DATED: July 19, 2006            /S/MICHAEL B. BIGELOW
                                Michael B. Bigelow
                                Attorney for Defendant


DATED: July 19, 2006            /S/CAROLYN DELANEY
                                Carolyn Delaney, Esq.,
                                Assistant United States Attorney


**ORDER**

Pursuant to Stipulation it is ordered that Defendant's *Ameline* brief shall be filed on or before July 25, 2006.

DATED:   July 24, 2006

                                s/ Garland E. Burrell, Jr.
                                **GARLAND E. BURRELL, JR.**
                                United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com