IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Respondent,                     No. CR S-02-0418 GEB GGH P

    vs.

ANTELMO ONTIVEROS,

        Movant.                         ORDER

_____/

        Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 302.

        On February 2, 2010, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Movant has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 2, 2010, are adopted in full;

2. Movant's March 16, 2009 motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Docket No. 163) is denied; and

3. The Clerk of the Court is directed to close the companion civil case, No. CIV S-09-0739 GEB GGH.

Dated:  March 26, 2010

GARLAND E. BURRELL, JR.
United States District Judge